FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 2 6 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

MICHAEL BAILEY
United States Attorney
District of Arizona
Anthony W. Church
Assistant U.S. Attorney
Arizona State Bar No. 021025
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Anthony.Church@usdoj.gov
Attorneys for Plaintiff

**3:21-MJ-0274**

United States Courts
Southern District of Texas
FILED
*November 12, 2021*
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>McKinley Tevin Henry,<br><br>Defendant. | NO. CR-19-08269-PCT-GMS (MHB)<br><br>**R E D A C T E D   I N D I C T M E N T**<br><br>VIO:<br>18 U.S.C. §§ 1153, 2244(a)(2), and 2246<br>(CIR: Abusive Sexual Contact)<br>Count 1 |

THE GRAND JURY CHARGES:

On or between September 1, 2018 and September 30, 2018, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, the defendant, MCKINLEY TEVIN HENRY, an Indian, did knowingly engage in a sexual contact with the victim, Jane Doe, a person who was incapable of appraising the nature of the conduct. The sexual contact involved intentional touching, directly and through the clothing, of the victim's genitalia with the defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and to arouse and gratify the sexual desire

/ / /

/ / /

of any person.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(2) and 2246.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: November 26, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

s/
ANTHONY W. CHURCH
Assistant U.S. Attorney

AO 442 (Rev. 11/11) Arrest Warrant



## UNITED STATES DISTRICT COURT
for the
District of Arizona

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-19-08269-PCT-GMS |
| | ) | |
| McKinley Tevin Henry | ) | |
| *Defendant* | ) | |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* McKinley Tevin Henry,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1153, 2244(a)(2) and 2246 - (CIR) Abusive Sexual Contact

Date: 11/26/2019

*S. Strong*
*Issuing officer's signature*

City and state: Phoenix, Arizona

S. Strong, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*



# U.S. District Court
## DISTRICT OF ARIZONA (Prescott Division)
## CRIMINAL DOCKET FOR CASE #: 3:19-cr-08269-GMS-1

| | |
|---|---|
| Case title: USA v. Henry | Date Filed: 11/26/2019 |

Assigned to: Chief Judge G Murray Snow

### Defendant (1)

**McKinley Tevin Henry**

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1153, 2244(a)(2) and 2246 - (CIR) Abusive Sexual Contact (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Anthony William Church** <br> US Attorneys Office - Phoenix, AZ <br> 2 Renaissance Square <br> 40 N Central Ave., Ste. 1800 <br> Phoenix, AZ 85004-4408 <br> 602-514-7500 <br> Email: Anthony.Church@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 11/26/2019 | 1 | INDICTMENT (Redacted for Public Disclosure) as to McKinley Tevin Henry (1) count(s) 1. (SST) (Entered: 11/26/2019) |
| 11/26/2019 | 2 | DOJ CONFLICT MEMO. No probable conflict re Judge Dominic W Lanza. No probable conflict re Magistrate Judge Camille D Bibles. Filed by USA as to McKinley Tevin Henry. (SST) (Entered: 11/26/2019) |
| 11/26/2019 | 3 | ORDER as to McKinley Tevin Henry: The provisions of 18 U.S.C. 3509 apply. Signed by Magistrate Judge Eileen S Willett on 11/26/2019.(SST) (Entered: 11/26/2019) |
| 11/26/2019 | 6 | SEALED UNREDACTED INDICTMENT as to McKinley Tevin Henry. (Attachments: # 1 Case Summary) (SLQ) (Entered: 11/26/2019) |